ALFRED STAUDTE, Respondent, v. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION, Appellant.— Judgment reversed upon the law, with costs, and the complaint dismissed for want of jurisdiction, with costs. (Johnson v.

*Fleet Corporation*, 280 U. S. 320.)   Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.